UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ELIO T. SALINAS, | ) ED CV 10-1325-RGK |
| | ) |
| Plaintiff, | ) ORDER ADOPTING ) REPORT AND ) RECOMMENDATION OF |
| v. | ) UNITED STATES ) MAGISTRATE JUDGE |
| MICHAEL BENOV, Warden, et al., | ) |
| Defendants. | ) |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

    IT IS THEREFORE ORDERED that Judgment be entered (1) approving

///
///
///
///
///

and adopting the Report and Recommendation, and (2) directing Judgment be entered dismissing the action without prejudice.

DATED: August 5, 2011

*/s/ Gary Klausner*

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE