UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ELIO T. SALINAS, | ) ED CV 10-1325-RGK (SH) |
| | ) JUDGMENT |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL BENOV, Warden, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Complaint is dismissed without prejudice.

DATED: August 5, 2011

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE